MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JAMES R. BACK__ CASE NO. _3:14-cr-00020-RRB_
Defendant: _X_Present-Pro Se   _X_On Bond

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____NANCY LEALAISALANOA_____

OFFICIAL REPORTER: _____NOT PRESENT_____

UNITED STATES' ATTORNEY:_THOMAS C. BRADLEY/ERIN SYLVESTER MELLEN

DEFENDANT'S ATTORNEY:_____JAMIE McGRADY -STANDBY COUNSEL_____

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD SEPTEMBER 29, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened without the prospective jurors
present.

Court and counsel heard re jury instructions.

Court and counsel heard re defendant's objections to
jurisdiction.

At 9:13 a.m. 53 prospective jurors entered the courtroom.

Court read indictment.

Oath as to qualifications administered.

General voir dire conducted.

Juror #4 excused.

At 10:37 a.m. the prospective jurors exited the courtroom.

Court and counsel heard re jury selection.

At 10:37 a.m. court recessed until 10:55 a.m. without the
prospective jurors present.

Court and counsel heard re juror #28 excused; Jury clerk
notified.

CONTINUED TO PAGE 2

DATE:__September 29, 2014___ DEPUTY CLERK'S INITIALS: __NXL__
Revised 5-29-14

USA vs. JAMES R. BACK
3:14-cr-00020-RRB
TRIAL BY JURY - DAY 1
SEPTEMBER 29, 2014
----------------------------------------------------------------
Witness exclusionary rule invoked.

At 10:59 a.m. 51 prospective jurors entered the courtroom.

Clerk instructed to call 32 numbers; 32 numbers called.

Individual voir dire conducted.

Counsel heard re preempt challenges.

At 11:48 a.m. the prospective jurors exited the courtroom.

Court and counsel heard re peremptory challenges.

At 11:50 a.m. court recessed until 12:03 p.m. without the
prospective jurors present.

Peremptory challenges taken.

At 12:11 p.m. 51 prospective jurors entered the courtroom.

Clerk instructed to call 14 numbers; jury panel of 14 selected.

Court thanked and excused the excess prospective jurors.

Oath as to trial jurors administered.

Court read preliminary instructions.

At 12:35 p.m. court recessed until 1:48 p.m. without the jury
panel present.

Court and counsel heard re opening statements.

At 1:50 p.m. the jury panel entered the courtroom.

Opening arguments heard.

CONTINUED TO PAGE 3

DATE:___September 29, 2014___   DEPUTY CLERK'S INITIALS: ___NXL___

Revised 5-29-14

USA vs. JAMES R. BACK
3:14-cr-00020-RRB
TRIAL BY JURY - DAY 1
SEPTEMBER 29, 2014
---------------------------------------------------------------

Alicia Allard sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 2-1, 2-2, 2-3, 2-4, 2-6, 2-7, 2-8 and 2-9 **ADMITTED.**

Cathy Taylor sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 2-11 and 2-12 **ADMITTED.**

At 3:58 p.m. court recessed until 4:11 p.m. with the jury panel present.

Marina Stapelnik sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 2-13 **ADMITTED.**

Brendan Labelle-Hammer sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 2-10 **ADMITTED.**

Court admonished the jury panel.

At 4:57 p.m. the jury panel exited the courtroom to reconvene on Tuesday, September 30, 2014 at 8:30 a.m.

Court and counsel heard re witness scheduling and plaintiff's objections to defendant's charts.

At 5:01 p.m. court recessed this matter to reconvene on **Tuesday, September 30, 2014 at 8:30 a.m.**

DATE:___September 29, 2014___   DEPUTY CLERK'S INITIALS:___NXL___

Revised 5-29-14