```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   JAMES R. BACK      CASE NO.  3:14-cr-00020-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        NANCY LEALAISALANOA

OFFICIAL REPORTER:           NOT PRESENT

UNITED STATES' ATTORNEY:  THOMAS C. BRADLEY/ERIN SYLVESTER MELLEN

DEFENDANT'S ATTORNEY:      JAMIE McGRADY -STANDBY COUNSEL

PROCEEDINGS: TRIAL BY JURY - DAY 2 HELD SEPTEMBER 30, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened without the jury panel present.

Court and counsel heard re plaintiff's objections to defendant's charts.

At 8:37 a.m. the jury panel entered the courtroom.

Kristy Morgan sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 1-12, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23, 1-24 and 1-31 **ADMITTED.**

At 9:50 a.m. the jury panel exited the courtroom.

Court and counsel heard re jury instructions.

At 9:51 a.m. court recessed until 10:07 a.m. without the jury panel present.

At 10:08 a.m. the jury panel entered the courtroom.

Shauna Henline sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 1-25, 1-26, 1-27, 1-28 and 1-29 **ADMITTED.**

At 11:46 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness scheduling.

At 11:47 a.m. court recessed until 1:02 p.m. without the jury panel present.

CONTINUED TO PAGE 2

DATE:   September 30, 2014      DEPUTY CLERK'S INITIALS:    NXL
Revised 5-29-14

```
                  CONTINUATION - PAGE 2

                  USA vs. JAMES R. BACK
                    3:14-cr-00020-RRB
                   TRIAL BY JURY - DAY 2
                    SEPTEMBER 30, 2014
----------------------------------------------------------------
```
Court and counsel heard re jury instructions.

At 1:04 p.m. the jury panel entered the courtroom.

Court instructed the jury panel re laws and evidence, witnesses are not to testify re the law.

Erik Renga sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-8. 3-9, 3-10, 3-11, 3-12, 3-13 and 3-14 **ADMITTED**.

Natasha Nicole Bernal sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 4-1 **ADMITTED**.

Roxanne Hollingworth sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 5-1 **ADMITTED**.

At 2:21 p.m. court recessed until 2:39 p.m. without the jury panel present.

Court and counsel heard re defendant's proposed jury instruction **FILED**.

At 2:40 p.m. the jury panel entered the courtroom.

Shawn Stendevaad sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 6-1 **ADMITTED**.

Craig Chapman sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 7-1 **ADMITTED**.

Paul Shipley sworn and testified as an expert witness on behalf of the plaintiff. Plaintiff's exhibit 9-1 **ADMITTED**.

At 4:32 p.m. the jury panel exited the courtroom to reconvene on Wednesday, October 1, 2014 at 8:30 a.m.

Court addressed the defendant re his right to testify.

At 4:33 p.m. court recessed this matter to reconvene **Wednesday, October 1, 2014 at 8:30 a.m.**

DATE:      September 30, 2014      DEPUTY CLERK'S INITIALS:    NXL

Revised 5-29-14