```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.   JAMES R. BACK      CASE NO.  3:14-cr-00020-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         NANCY LEALAISALANOA

OFFICIAL REPORTER:             NOT PRESENT

UNITED STATES' ATTORNEY:   THOMAS C. BRADLEY/ERIN SYLVESTER MELLEN

DEFENDANT'S ATTORNEY:      JAMIE McGRADY -STANDBY COUNSEL

U.S.P.O.:                  MATT JEDROSKO/MICHELLE MICHAELIS

PROCEEDINGS: TRIAL BY JURY - DAY 3/VERDICT HELD OCTOBER 1, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 8:34 a.m. court convened.

Court and counsel heard re Defendant's Oral Motion for 24 Hour Continuance; **DENIED.**

Court and counsel heard re statutes on defendant's charts.

At 8:39 a.m. the jury panel entered the courtroom.

Paul Shipley resumed the stand and testified further as an expert witness on behalf of the plaintiff.

At 9:51 a.m. court recessed until 10:08 a.m. without the jury panel present.

Court and counsel heard re witness scheduling and jury instructions.

At 10:10 a.m. the jury panel entered the courtroom.

Kathryn Burst sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 8-1 **ADMITTED.**

Melanie Senick sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 8-2, 8-3 and 8-4 **ADMITTED.**

CONTINUED TO PAGE 2

DATE:   October 1, 2014      DEPUTY CLERK'S INITIALS:   NXL

Revised 5-29-14

CONTINUATION - PAGE 2

USA vs. JAMES R. BACK
3:14-cr-00020-RRB
TRIAL BY JURY - DAY 3/VERDICT
OCTOBER 1, 2014
-------------------------------------------------------------------

Plaintiff rested.

At 11:43 a.m. court recessed until 1:00 p.m. without the jury panel present.

Court and counsel heard re defendant's witnesses.

At 1:04 p.m. the jury panel entered the courtroom.

Paul Shipley recalled and testified on behalf of the defendant.

Kelly Key sworn and testified on behalf of the defendant.

Defendant rested.

At 1:17 p.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's concerns on the elements of the charges and closing arguments.

At 1:21 p.m. court recessed until 1:41 p.m. with the jury panel present.

Court instructed the jury panel re closing arguments.

Closing arguments heard.

Court read jury instructions.

Court thanked and excused alternate jurors #E and #K.

At 2:33 p.m. the jury panel exited the courtroom to begin deliberations.

At 2:33 court recessed until 2:39 p.m. without the jury panel present.

Court and counsel heard re admitted exhibits and jury instructions.

CONTINUED TO PAGE 3

DATE:   October 1, 2014      DEPUTY CLERK'S INITIALS:   NXL

Revised 5-29-14

CONTINUATION - PAGE 3

USA vs. JAMES R. BACK
3:14-cr-00020-RRB
TRIAL BY JURY - DAY 3/VERDICT
OCTOBER 1, 2014
---------------------------------------------------------------

Parties to be present for play backs, contact information provided to the clerk.

At 2:41 p.m. court recessed until 3:54 p.m. without the jury panel present.

Court and counsel heard re jury note, verdict reached.

At 3:55 p.m. the jury panel entered the courtroom.

Verdicts published. Defendant found **GUILTY** on counts 1, 2, 3, 4, 5, 6 and 7 of the Indictment.

Jury polled; all answered in the affirmative.

Court thanked and excused the jury panel.

Defendant referred to P.O. for Presentence Report.

Original verdict form and Jury Instructions **FILED**.

Imposition of Sentence set for **December 16, 2014 at 9:00 a.m.**

Defendant remanded to the custody of the U.S. Marshal.

At 4:02 p.m. court adjourned.

List of Exhibits and List of Witnesses to be filed separately.

**OFF RECORD NOTE:** All admitted exhibits, blank jury notes, original verdict form and original jury instructions forwarded to the jury panel.

**OFF RECORD NOTE:** All admitted exhibits returned to counsel.


DATE: October 1, 2014    DEPUTY CLERK'S INITIALS:    NXL

Revised 5-29-14